**STATE of Missouri, Respondent,**

v.

**Bruce O. DAMERON, Appellant.**

**No. WD 65569.**

Missouri Court of Appeals,
Western District.

June 30, 2006.

Craig A. Johnston, Esq., Columbia, MO, for Appellant.

Shaun J. Mackelprang, Esq., Jefferson City, MO, for Respondent.

Before HOLLIGER, P.J.,
LOWENSTEIN and ULRICH, JJ.

### *ORDER*

PER CURIAM.

Defendant was charged and found guilty of the class D felony of driving while intoxicated §§ 577.010, RSMo 2000 and 577.023, RSMo. Cum.Supp.2004. He appeals. The trial court properly denied defendant's motion to suppress evidence, and properly overruled objections to evidence resulting from a traffic stop. The judgment of convictions is affirmed. Rule 30.25(b).